```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/9/18
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
MARYAM KHANSARI, IBY DEGEORGE-GEAREY, and
MARIA DAIDONE on behalf of themselves and all others
similarly situated,

       Plaintiffs,

   – against –

ST. BARNABAS HOSPITAL,

       Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ECF Case

15-CV-1803 (PGG) (HBP)

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

   IT IS HEREBY STIPULATED AND AGREED, by and between counsel for all parties, that: (1) all claims presented in Plaintiffs' Complaint, and Amended Complaints, and this action, are hereby dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii); and (2) each party shall bear his, her or its own expenses and costs, including attorneys' fees, costs and disbursements.

New York, New York
August 1, 2018

HACH ROSE SCHIRRIPA & CHEVERIE LLP

By: _____
  Frank R. Schirripa
112 Madison Avenue, 10th Floor
New York, New York 10016
(212) 213-8311
*Attorneys for Plaintiffs and the Opt-In Plaintiffs*

EPSTEIN BECKER & GREEN, P.C.

By: _____
  Kenneth W. DiGia
250 Park Avenue
New York, New York 10177-0077
(212) 351-4500
*Attorneys for Defendant*

SO ORDERED:

_____
Hon. Paul G. Gardephe, U.S.D.J.
August 8, 2018